UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

21-CR-739

NOTICE OF TELECONFERENCE INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week of March 14, 2022, the Court will hold criminal proceedings in this matter by telephone. To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749    Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   March 11, 2022
         White Plains, New York

KENNETH M. KARAS
United States District Judge