**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

April 9, 2024

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Ismet Korac*, 21 Cr. 739 (KMK)

Dear Judge Karas:

    The defendant in the above-referenced case is scheduled to be sentenced on Tuesday, April 16, 2024, and as a result, the Government's sentencing submission is due today, April 9. However, the defendant filed his sentencing submission very early this morning, and the Government needs additional time to formulate its response. The Government therefore respectfully requests that the Court extend the deadline for the Government's sentencing submission to and including Thursday, April 11.

Granted.
So Ordered.
4/9/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: Ryan W. Allison
Assistant United States Attorney
(212) 637-2474

cc:    Geoffrey Stewart, Esq. (by ECF and Email)