```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                 :
   UNITED STATES OF AMERICA      :
                                 :      ORDER
          - v. -                 :
                                 :      21 Cr. 739 (KMK)
   ISMET KORAC,                  :
                                 :
          Defendant.             :
------------------------------- X
```

The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Ryan W. Allison, that the Court seal certain documents filed on the public docket in this matter. The defendant consents to this request.

WHEREAS, 18 U.S.C. § 3509(d)(3) authorizes the Court, on motion by any person, to issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of judicial proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child; and

WHEREAS, the Court finds that Docket Entries 57, 57-1, and 57-3 are papers that publicly disclose of the name of and other information concerning one or more children; and

WHEREAS, the Court finds that there is a significant possibility that the disclosure of Docket Entries 57, 57-1, and 57-3 would be detrimental to one or more children;

IT IS HEREBY ORDERED that the Clerk of the Court is respectfully directed to remove Docket Entries 57, 57-1, and 57-3 from the public docket; and it is further

ORDERED that the Clerk of the Court is respectfully directed to file the papers at Docket Entries 57, 57-1, and 57-3 under seal.

Dated: White Plains, New York
April 16, 2024

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK